# United States District Court
for the
Eastern District of Missouri

United States of America
v.
LARRY BOSTIC

Case No: 4:05CR253

USM No:

Date of Previous Judgment: November 18, 2005
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 78 months is reduced to 63.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 27                  Amended Offense Level: 25
Criminal History Category: II               Criminal History Category: II
Previous Guideline Range: 78 to 97 months   Amended Guideline Range: 63 to 78 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated November 18, 2005 shall remain in effect.

**IT IS SO ORDERED**

Order Date: March 26, 2008

Judge's Signature

Effective Date: April 7, 2008
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title